People of the State of Illinois, Appellee v. Henry Rizer, Appellant.

Gen. No. 51,373. (Abstract of Decision.)

First District, Third Division.

February 1, 1968.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Brian L. Crowe and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Eldridge Hersey, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE DEMPSEY. Not to be published in full.

Joseph Metoyer, Plaintiff-Appellant, v. Noralie Metoyer, Defendant-Appellee.

Gen. No. 51,795. (Abstract of Decision.)

First District, Third Division.

February 1, 1968.

Robert Reiff, of Cicero (Francis X. Riley, of counsel), for appellant; Marshall Patner, Benjamin Bromberg, and Thomas Mack, of Chicago (Leslie R. Seeligson, of counsel), for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.

Thomas Boyle, Plaintiff-Appellant, v. The Retirement Board of the Sanitary District and Benefit Fund, Thomas A. O'Brien, et al., Defendants-Appellees.

Gen. No. 51,863.

First District, Third Division.

February 1, 1968.

